



FILED
Mar 1ᵗʰᵘ
2018 ~~FEB 29~~ AM 8:42
U.S. MAGISTRATE JUDGE
BY_____/_____

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

FILED

Mar 1

2018 ~~FEB 29~~ AM 8: 42

U.S. MAGISTRATE JUDGE

BY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                    PLAINTIFF,

VS.

GILBERT DAVILA JR.,

                    DEFENDANT.

Case No.    2:18-mj-00274-NJK

SEALED ORDER

In making its probable cause determination, the Court reviewed a copy of images referenced in the affidavit. The Court **ORDERS** those images to be sealed. The Court **INSTRUCTS** the Clerk's Office to maintain the sealed copy of those images, ~~along with a copy of the Complaint~~, in a secured, locked location within the Clerk's Office.

IT IS SO ORDERED.

DATED this ___1st___ day of March, 2018.


Honorable Nancy J. Koppe
United States Magistrate Judge

1