DAYLE ELIESON
United States Attorney
ELHAM ROOHANI
Assistant United States Attorney
Nevada Bar Number 12080
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
elham.roohani@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GILBERT DAVILA JR.,<br><br>    Defendant. | Case No: 2:18-cr-62-JCM-NJK<br><br>Stipulation to Advance Motion Hearing (ECF No. 23) |

  IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and ELHAM ROOHANI, Assistant United States Attorney, counsel for the United States of America, and SUNETHRA MURALIDHARA, counsel for Defendant GILBERT DAVILA JR., that the motion hearing date in the above-captioned matter, currently scheduled for May 9, 2018 at 11:00 am, be advanced to 10:00 a.m. due to a conflict in Government counsel's schedule.

…

…

…

1

Defense counsel has not conferred with her client. Defense counsel has no objection to advancing the hearing one-hour.

DATED this 4th day of May, 2018.

Respectfully submitted,
DAYLE ELIESON
United States Attorney

//s//
SUNETHRA MURALIDHARA, ESQ.
Counsel for Defendant

//s//
ELHAM ROOHANI
Assistant United States Attorney

## ORDER

For good cause appearing, IT IS THEREFORE ORDERED that the motion hearing currently scheduled for May 9, 2018, at the hour of 11:00 am, be advanced to May 9, 2018, at the hour of 10:00 am., in Courtroom 3C. Defendant and his counsel must be present at the hearing.

DATED 4th day of May, 2018.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE