# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-062-JCM-NJK |
| Plaintiff, | **VERDICT** |
| vs. | |
| Gilbert Davila, Jr., | |
| Defendant. | |

I find the defendant, Gilbert Davila, Jr., GUILTY of the offense of Possession of Child Pornography as charged in the criminal indictment in the above captioned case.

DATED this 11th day of April, 2019

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Page **1** of **1**