CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
contact@christopheroramlaw.com
Attorney for Gilbert Davila

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT DAVILA<br><br>Defendants. | CASE NO. 2:18-cr-00062-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, by and through Rebecca K. Clinton, Assistant United States Attorney, counsel for the United States, and Defendant, Gilbert Davila, by and through his attorney, Christopher R. Oram, Esq., that the Sentencing in the above-captioned matter, now scheduled for July 11, 2019, at the hour of 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty days.[1]

This is the first request for a continuance of the Sentencing in this case.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Davila requires additional time to consult with Mr. Davila concerning the presentence investigation report and to prepare timely objections in this case.

---

[1] Counsel for Mr. Davila begins an approximately 12 week federal murder trial on July 29, 2019, and requests the sentencing hearing be scheduled on a Friday, when the trial will be dark, if the Court is able to accommodate such a request.

1

2. Mr. Davila is in custody and agrees with the continuance.

3. The additional time requested is made in good faith and not for purposes of delay.

4. The additional time requested is reasonable pursuant to FRCP 32(b)(2), which states "the court may, for good cause, change any limits prescribed in this rule".

/s/ Rebecca K. Clinton          06/24/2019
REBECCA K. CLINTON        DATE
Assistant United States Attorney

/s/ Christopher R. Oram          06/24/2019
CHRISTOPHER R. ORAM, ESQ.     DATE
Counsel for Defendant Gilbert Davila

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The parties have stipulated to continue the sentencing hearing as presently scheduled.

2. This Court, being convinced that adequate showing has been made that were this request for continuance to be denied, counsel would not have the necessary time to attempt to prepare for this sentencing matter, based on the following:

    A. Counsel for Mr. Davila requires additional time to consult with Mr. Davila concerning the presentence investigation report and to prepare timely objections in this case.

    B. The additional time requested is made in good faith and not for purposes of delay.

    C. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing date.

D. The additional time requested is reasonable pursuant to FRCP 32(b)(2), which states "the court may, for good cause, change any limits prescribed in this rule".

**ORDER**

IT IS HEREBY ORDERED that the Sentencing currently scheduled for July 11, 2019, at 10:30 a.m., be vacated and continued to September 20, 2019, at the hour of 10:00 a.m.

DATED June 26, 2019.

_____
UNITED STATES DISTRICT JUDGE

CHRISTOPHER R. ORAM, LTD.
520 SOUTH 4TH STREET | SECOND FLOOR
LAS VEGAS, NEVADA 89101
TEL. 702.384-5563 | FAX. 702.974-0623

3