IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:18-cr-00062-JCM-NJK |
| Plaintiff, ) | |
| ) | ORDER TEMPORARILY |
| vs. ) | UNSEALING PROCEEDING |
| ) | |
| GILBERT DAVILA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On November 7, 2019, this Court received a request from Amber McClane, Court Reporter, for a transcript of the sealed portion of the hearing regarding: Status Conference, held on April 4, 2019.

**IT IS THEREFORE ORDERED** that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by CHRISTOPHER ORAM, ESQ. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that Amber McClane, Court Reporter, shall not disclose the contents of the transcript of the sealed proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

**DATED** November 12, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE