# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

               Plaintiff,

v.

Gilbert Davila, Jr.,

               Defendant.

JUDGMENT

Case Number: 2:18-cr-00062-JCM-NJK-1

(Related case:  2:21-cv-01431-JCM   )

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Denying the Motion to vacate under 28 U.S.C. 2255, this matter is closed. Judgment for the United States. A Certificate of Appealability shall not issue.

December 2, 2022
Date

DEBRA K. KEMPI
Clerk

/s/ T. Roush-Wallace
Deputy Clerk